JS-6

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANA SMITH, JAMES SMITH, JOHN GILBERT, and BECKY GILBERT,<br><br>Plaintiffs,<br><br>v.<br><br>PRINCESS CRUISE LINES, LTD.,<br><br>Defendant. | CASE NO.: 2:21-CV-01874-DSF-JC<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Dale S. Fischer<br>Magistrate: Hon. Jacqueline Chooljian<br>Filed: 02/26/2021 |

## ORDER

Based on the parties Stipulation of Dismissal, it is hereby ORDERED that:

1. All claims in the above-entitled action are dismissed in their entirety with prejudice;

2. Each party to bear its own costs; and

**IT IS SO ORDERED.**

Dated: March 29, 2022

_____
Dale S. Fischer
United States District Judge

1